IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC M. SOM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2:15-CV-519-WKW |
| SUPREME COURT OF ) | [WO] |
| ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

# **ORDER**

On October 20, 2015, the Magistrate Judge filed a Recommendation (Doc. # 9) to which Plaintiff filed objections (Doc. # 12.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objections are made, *see* 28 U.S.C. § 636(b)(1). The court concludes that the objections are without merit and that the Magistrate Judge's Recommendation is due to be adopted.

Accordingly, it is ORDERED that:

(1)   Plaintiff's objections (Doc. # 12) are OVERRULED;

(2)   The Recommendation (Doc. # 9) is ADOPTED;

(3) To the extent that any of Plaintiff's claims rest on any alleged violations of the rights of other bar applicants, Plaintiff's claims are DISMISSED for lack of jurisdiction due to Plaintiff's lack of standing to pursue those claims;

(4) Counts one, three, and five are DISMISSED in their entirety for lack of jurisdiction pursuant to the *Rooker-Feldman* doctrine;

(5) Counts two and four, to the extent that they seek declaratory and injunctive relief related to Plaintiff's application for admission to the bar, are DISMISSED for lack of jurisdiction pursuant to the *Rooker-Feldman* doctrine;

(6) Counts two and four, to the extent that they present facial constitutional challenges to Rule VI(B) of the Alabama Supreme Court's Rules Governing Admission to the Alabama State Bar, are DISMISSED for lack of jurisdiction, as Plaintiff lacks Article III standing to pursue these claims; and

(7) The court will delay entering final judgement for ten days to allow Plaintiff an opportunity to move to amend his complaint.

DONE this 24th day of November, 2015.

                                              /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE